# Exhibit A

(Invoices)

# Invoice

# TEKLINKS

Page 1/1
Invoice 59284
Date 4/20/2015

TekLinks, Inc.
Remittance Address:
PO Box 830674  MSC #703
Birmingham, AL 35283

Bill To:
PreSys Data, LLC
101 Forrest Crossing Blvd
Suite 107
Franklin TN  37064

Ship To:
PreSys Data, LLC
101 Forrest Crossing Blvd
Suite 107
Franklin TN  37064

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| PO 10103 | PRESYSDATALL001 | MIBULTER | MANUF PREFERRED | Net 30 | |
| Ordered | Shipped | Item Number | Description | Unit Price | Ext. Price |
| 3 | 3 | WS-C3850-12S-S | Cisco Catalyst 3850 12 Port GE SFP IP Bas | $4,597.70 | $13,793.10 |
| 3 | 3 | CON-SNT-WSC3851S | SMARTNET 8X5XNBD Cisco Catalyst 3850 12 P | $517.24 | $1,551.72 |
| 3 | 3 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 |
| 3 | 3 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 |
| 3 | 3 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 |
| 3 | 3 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable | $0.00 | $0.00 |
| 3 | 3 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 |
| 3 | 3 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 |
| 3 | 3 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 |
| 26 | 26 | WS-C2960X-24PS-L | Catalyst 2960-X 24 GigE PoE 370W, 4 x 1G | $1,468.97 | $38,193.22 |
| 26 | 26 | CON-SNT-WSC224SL | SMARTNET 8X5XNBD Catalyst 2960-X 24 G | $165.52 | $4,303.52 |
| 26 | 26 | CAB-16AWG-AC | AC Power cord, 16AWG | $0.00 | $0.00 |

AAAQ80593

Remittance Address: PO Box 830674  MSC #703
Birmingham, AL 35283

| | |
|---|---|
| Subtotal | $57,841.56 |
| Misc | $0.00 |
| Tax | $5,398.35 |
| Freight | $518.62 |
| Trade Discount | $0.00 |
| Total | $63,758.53 |

TekLinks, Inc   201 Summit Parkway   Birmingham, AL 35209
205.314.6600
www.teklinks.com
***Please note that interest will be calculated at 1.5% per month for any past due invoices***

# Invoice

## TEKLINKS

Page 1/1
Invoice 58695
Date 3/3/2015

TekLinks, Inc.
Remittance Address:
PO Box 830674  MSC #703
Birmingham, AL 35283

**Bill To:** PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN  37064

**Ship To:** PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN  37064

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| APPROVED EDWIN | PRESYSDATALL001 | MIBULTER | MANUF PREFERRED | Net 30 | |
| **Ordered** | **Shipped** | **Item Number** | **Description** | **Unit Price** | **Ext. Price** |
| 6 | 6 | WS-C3850-24S-S | Cisco Catalyst 3850 24 Port GE SFP IP Bas | $8,695.65 | $52,173.90 |
| 6 | 6 | CON-SNT-WSC3854S | SMARTNET 8X5XNBD Cisco Catalyst 3850 24 P | $978.26 | $5,869.56 |
| 6 | 6 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 |
| 6 | 6 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 |
| 6 | 6 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 |
| 6 | 6 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable | $0.00 | $0.00 |
| 6 | 6 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 |
| 6 | 6 | WS-C3850-12S-S | Cisco Catalyst 3850 12 Port GE SFP IP Bas | $4,347.83 | $26,086.98 |
| 6 | 6 | CON-SNT-WSC3851S | SMARTNET 8X5XNBD Cisco Catalyst 3850 12 P | $489.13 | $2,934.78 |
| 6 | 6 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 |
| 6 | 6 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 |
| 6 | 6 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 |
| 6 | 6 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable | $0.00 | $0.00 |
| 6 | 6 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 |

AAAQ78868

Remittance Address:  PO Box 830674   MSC #703
Birmingham, AL 35283

|   |   |
|---|---|
| Subtotal | $87,065.22 |
| Misc | $0.00 |
| Tax | $8,077.34 |
| Freight | $257.04 |
| Trade Discount | $0.00 |
| **Total** | **$95,399.60** |

TekLinks, Inc   201 Summit Parkway   Birmingham, AL 35209
205.314.6600
www.teklinks.com
***Please note that interest will be calculated at 1.5% per month for any past due invoices***

# TEKLINKS

TekLinks, Inc.
Remittance Address:
PO Box 830674   MSC #703
Birmingham, AL 35283

**Bill To:** PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN   37064

**Ship To:** PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN   37064

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| 10045 | PRESYSDATALL001 | MIBULTER | MANUF PREFERRED | Net 30 | |
| Ordered | Shipped | Item Number | Description | Unit Price | Ext. Price |
| 1 | 1 | COMMENT | PRESYS DATA - MALL PROJECT | $0.00 | $0.00 |
| 1 | 1 | COMMENT | SHIP SET ONE | $0.00 | $0.00 |
| 118 | 118 | WS-C2960X-24PS-L | Catalyst 2960-X 24 GigE PoE 370W, 4 x 1G | $1,423.86 | $168,015.48 |
| 118 | 118 | CON-SNT-WSC224SL | SMARTNET 8X5XNBD Catalyst 2960-X 24 G | $156.52 | $18,469.36 |
| 118 | 118 | CAB-ACS | AC Power Cord (Switzerland), C13, IEC 608 | $0.00 | $0.00 |
| 212 | 212 | GLC-SX-MMD= | 1000BASE-SX SFP transceiver module, MMF, | $222.83 | $47,239.96 |
| 22 | 22 | C1-C4500X-16SFP+ | Cisco ONE Catalyst 4500-X 16 Port 10G IP | $7,130.43 | $156,869.46 |
| 22 | 22 | CON-SNT-45X16SFP | SMARTNET 8X5XNBD C1 Cat 4500-X 16 Port 10 | $1,095.65 | $24,104.30 |
| 22 | 22 | C4KX-PWR-750AC-R | Catalyst 4500X 750W AC front to back cool | $891.30 | $19,608.60 |
| 22 | 22 | C1FAPCAT4500X | Cisco ONE Foundation Perpetual Cat4500X S | $80.22 | $1,764.84 |
| 22 | 22 | C4KX-NM-BLANK | Catalyst 4500X Network Module Blank | $0.00 | $0.00 |
| 22 | 22 | C4KX-PWR-BLANK | Catalyst 4500X power supply Blank | $0.00 | $0.00 |
| 22 | 22 | C1-PI-LFAS-4K6K-K9 | Cisco ONE PI Device License for LF & AS f | $0.00 | $0.00 |
| 22 | 22 | CAB-US515-C15-US | NEMA 5-15 to IEC-C15 8ft US | $0.00 | $0.00 |
| 22 | 22 | S45XUK9-34-1512SG | CAT4500-X  Universal Crypto Image | $0.00 | $0.00 |

AAAQ74685

| | |
|---|---|
| Subtotal | $436,072.00 |
| Misc | $0.00 |
| Tax | $40,453.86 |
| Freight | $1,266.37 |
| Trade Discount | $0.00 |
| Total | $477,792.23 |

Remittance Address:   PO Box 830674   MSC #703
Birmingham, AL 35283

TekLinks, Inc   201 Summit Parkway   Birmingham, AL 35209
205.314.6600
www.teklinks.com
***Please note that interest will be calculated at 1.5% per month for any past due invoices***