# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

TekLinks, Inc.

*Plaintiff*

v.

PreSys Data, LLC

*Defendant*

Civil Action No. 3-15 .0908

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PreSys Data, LLC
c/o James Adams, Registered Agent/Member
103 Confederate Drive
Suite 2
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Leland Murphree
Maynard Cooper & Gale PC
1901 6th Ave N.
Suite 2400
Birmingham, AL 35203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 20 2015

*Signature of Clerk or Deputy Clerk*