150881

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| TekLinks, Inc. | ) |
| *Plaintiff* | ) Civil Action No. 3-15 0908 |
| v. | ) |
| PreSys Data, LLC | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PreSys Data, LLC
c/o James Adams, Registered Agent/Member
103 Confederate Drive
Suite 2
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Leland Murphree
Maynard Cooper & Gale PC
1901 6th Ave N.
Suite 2400
Birmingham, AL 35203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: AUG 20 2015

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pre Sys Data, LLC

was received by me on *(date)* 8-21-15 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* James Adams , who is designated by law to accept service of process on behalf of *(name of organization)* Pre Sys Data, LLC at 101 Forrest Crossing Blvd Ste 107, Franklin, TN 37064 on *(date)* 8-24-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-24-15

*Server's signature*

Larry Wozencraft
*Printed name and title*

Legal Eagles Process Services
PO Box 210206
Nashville, TN 37221

*Server's address* 615-781-3730

Additional information regarding attempted service, etc: