# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TEKLINKS, INC. </br>     PLAINTIFF, </br> </br> VS. </br> </br> PRESYS DATA, LLC </br>     DEFENDANT. | ) </br> ) </br> ) </br> )    CIVIL ACTION NO. 3:15-CV-00908 </br> ) </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this Court, and appear in this case as counsel for Plaintiff, Teklinks, Inc.

Date: August 27, 2015        Respectfully Submitted:

                                  MORGAN, AKINS & CLARK, PLLC

                                  /s/ Jonathan B. Harris
                                JONATHAN B. HARRIS (TN Bar No. 026357)
                                *Counsel for Teklinks, Inc.*
                                2000 Richard Jones Road, Ste. 260
                                Nashville, TN 37215
                                Phone:  (615) 829-5995
                                Fax:  (615) 829-5992
                                Email:  jharris@morganakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2015, I electronically filed the foregoing Appearance of Counsel on behalf of Plaintiff, Teklinks, Inc. with the Clerk of the Court using the CM/ECF system, and have served this Appearance of Counsel by U.S. Mail on:

Defendant
Presys Data, LLC
c/o James Adams
103 Confederate Drive, Suite 2
Franklin, TN 37064

                                                      */s/ Jonathan B. Harris*