UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TEKLINKS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:15-cv-908 |
| PRESYS DATA, LLC, | ) Chief Judge Sharp ) Magistrate Judge Knowles |
| Defendant. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff TekLinks, Inc., and pursuant to Local Rule 7.02, files the following Corporate Disclosure Statement:

Plaintiff's parent corporation is Pamlico Acquisition, LLC.

No publicly-held corporation owns 10% or more of the stock of Plaintiff.

This the 6th day of October, 2015.

*/s/ J. Leland Murphree*_____
J. Leland Murphree
Attorney for Plaintiff

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205-254-1000
Fax: 205-254-1999

and

MORGAN, AKINS & CLARK, PLLC
Jonathan B. Harris
2000 Richard Jones Road, Ste. 260
Nashville, TN 37215
Tel: 615-829-5995 Ext. 112
Fax: 615-829-5992

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following by either placing same in the United States mail**,** postage prepaid and properly addressed, or electronically through the CM/ECF system on this the 6th day of October, 2015.

Jill M. Hudson
1031 Westhaven Blvd.
Franklin, Tennessee 37064

/s/ J. Leland Murphree_____
OF COUNSEL