# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TEKLINKS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 3:15-cv-908** |
| | ) |
| **PRESYS DATA, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Plaintiff TekLinks, Inc. (the "Plaintiff"), in the above-styled action, pursuant to Fed. R. Civ. P. 56, and requests that this Court enter summary judgment in its favor as to all counts alleged in the Complaint. In requesting this relief, Plaintiff relies upon (1) the pleadings in this case, (2) the Affidavit of Robert K. Mills, (3) the Brief in Support of the Motion for Summary Judgment, and (4) the Statement of Material Facts and arguments of counsel.

This the 7th day of October, 2015.

/s/ J. Leland Murphree_____
J. Leland Murphree
Attorney for Plaintiff

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205-254-1000
Fax: 205-254-1999

and

MORGAN, AKINS & CLARK, PLLC
Jonathan B. Harris
2000 Richard Jones Road, Ste. 260
Nashville, TN 37215
Tel: 615-829-5995 Ext. 112
Fax: 615-829-5992

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following by either placing same in the United States mail, postage prepaid and properly addressed, or electronically through the CM/ECF system on this the 7th day of October, 2015.

Jill M. Hudson
1031 Westhaven Blvd.
Franklin, Tennessee 37064


*/s/ J. Leland Murphree*
OF COUNSEL