UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TEKLINKS, INC., ) | CIVIL ACTION NO. 3:15-cv-908 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRESYS DATA, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF ROBERT K. MILLS

STATE OF   ALABAMA           )
                             )
COUNTY OF JEFFERSON          )

The undersigned, Robert K. Mills, being first duly sworn, hereby deposes and states the following:

1. I am over the lawful age of twenty-one (21) years.

2. I am the Chief Financial Officer of TekLinks, Inc. ("Plaintiff"). In my capacity with Plaintiff, I am familiar with the invoices involving PreSys Data, LLC ( "Defendant"), which are the subject matter of this lawsuit. I have personal knowledge of the facts set forth in this affidavit. I am providing this affidavit in support of Plaintiff's Motion for Summary Judgment (the "Motion").

3. On or about December 16, 2014; March 3, 2015 and April 20, 2015, Plaintiff provided, at Defendant's request, certain goods and services (collectively, the "Products") to Defendant at 101 Forrest Crossing Blvd, Suite 107, Franklin, Tennessee 37064 and 103 Confederate Drive, Suite 2, Franklin, Tennessee 37064, as demonstrated by and more specifically described in multiple invoices dated December 16, 2014 through April 20, 2015 (collectively, the

"Invoices"), which Plaintiff has previously delivered to Defendant. True and correct copies of the Invoices are attached hereto as Exhibit A.

4. On June 10, 2015, Plaintiff sent a letter to Defendant demanding payment in full of all amounts owed under the Invoices (the "Demand Letter"). A true and correct copy of the Demand Letter is attached hereto as Exhibit B.

5. Defendant has refused and/or failed to make any payments to Plaintiff on the amounts owed under the Invoices, after demand.

6. As of October 6, 2015, after applying all credits due under the Invoices, the total amount owed under the Invoices is $416,234.78, plus interest at the rate of 1.5% per month, which continues to accrue (the "Indebtedness").

7. I have personal knowledge of the foregoing facts, and based upon that personal knowledge, the foregoing facts are true and correct.

(Signature Page to Follow)

FURTHER AFFIANT SAYETH NOT.

_____
Robert K. Mills

STATE OF ALABAMA )
                 )
COUNTY OF        )

I, the undersigned authority, a Notary public in and for said County and State, hereby certify that Robert K. Mills, whose name is signed to the foregoing instrument and who is known to me, acknowledge before me on this day that, being informed of the contents of said instrument, he certifies that said contents are true and correct and that he executed the same voluntarily on the day the same bears date.

Sworn to and subscribed before me this the 6th day of October, 2015.

_____
NOTARY PUBLIC

(AFFIX SEAL)

My commission expires: __MY Commission Expires July 24, 2019__

**LISA SANBURN**
Notary Public
Alabama State at Large

# EXHIBIT A

[Invoices]

# Invoice

## TEKLINKS

Page 1/1
Invoice 59284
Date 4/20/2015

TekLinks, Inc.
Remittance Address:
PO Box 830674   MSC #703
Birmingham, AL 35283

**Bill To:**
PreSys Data, LLC
101 Forrest Crossing Blvd
Suite 107
Franklin TN   37064

**Ship To:**
PreSys Data, LLC
101 Forrest Crossing Blvd
Suite 107
Franklin TN   37064

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| PO 10103 | PRESYSDATALL001 | MIBULTER | MANUF PREFERRED | Net 30 | |

| Ordered | Shipped | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 3 | 3 | WS-C3850-12S-S | Cisco Catalyst 3850 12 Port GE SFP IP Bas | $4,597.70 | $13,793.10 |
| 3 | 3 | CON-SNT-WSC3851S | SMARTNET 8X5XNBD Cisco Catalyst 3850 12 P | $517.24 | $1,551.72 |
| 3 | 3 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 |
| 3 | 3 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 |
| 3 | 3 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 |
| 3 | 3 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable | $0.00 | $0.00 |
| 3 | 3 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 |
| 3 | 3 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 |
| 3 | 3 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 |
| 26 | 26 | WS-C2960X-24PS-L | Catalyst 2960-X 24 GigE PoE 370W, 4 x 1G | $1,468.97 | $38,193.22 |
| 26 | 26 | CON-SNT-WSC224SL | SMARTNET 8X5XNBD Catalyst 2960-X 24 G | $165.52 | $4,303.52 |
| 26 | 26 | CAB-16AWG-AC | AC Power cord, 16AWG | $0.00 | $0.00 |

AAAQ80593

| | |
|---|---:|
| Subtotal | $57,841.56 |
| Misc | $0.00 |
| Tax | $5,398.35 |
| Freight | $518.62 |
| Trade Discount | $0.00 |
| Total | $63,758.53 |

**Remittance Address:**   PO Box 830674   MSC #703
Birmingham, AL 35283

TekLinks, Inc   201 Summit Parkway   Birmingham, AL 35209
205.314.6600
www.teklinks.com
***Please note that interest will be calculated at 1.5% per month for any past due invoices***

# Invoice

**TEKLINKS**

Page 1/1
Invoice 58695
Date 3/3/2015

TekLinks, Inc.
Remittance Address:
PO Box 830674  MSC #703
Birmingham, AL 35283

**Bill To:**
PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN  37064

**Ship To:**
PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN  37064

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| APPROVED EDWIN | PRESYSDATALL001 | MIBULTER | MANUF PREFERRED | Net 30 | |
| Ordered | Shipped | Item Number | Description | Unit Price | Ext. Price |
| 6 | 6 | WS-C3850-24S-S | Cisco Catalyst 3850 24 Port GE SFP IP Bas | $8,695.65 | $52,173.90 |
| 6 | 6 | CON-SNT-WSC3854S | SMARTNET 8X5XNBD Cisco Catalyst 3850 24 P | $978.26 | $5,869.56 |
| 6 | 6 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 |
| 6 | 6 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 |
| 6 | 6 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 |
| 6 | 6 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable | $0.00 | $0.00 |
| 6 | 6 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 |
| 6 | 6 | WS-C3850-12S-S | Cisco Catalyst 3850 12 Port GE SFP IP Bas | $4,347.83 | $26,086.98 |
| 6 | 6 | CON-SNT-WSC3851S | SMARTNET 8X5XNBD Cisco Catalyst 3850 12 P | $489.13 | $2,934.78 |
| 6 | 6 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 |
| 6 | 6 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 |
| 6 | 6 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 |
| 6 | 6 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable | $0.00 | $0.00 |
| 6 | 6 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 |
| 6 | 6 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 |

AAAQ78868

|  |  |
|---|---|
| Subtotal | $87,065.22 |
| Misc | $0.00 |
| Tax | $8,077.34 |
| Freight | $257.04 |
| Trade Discount | $0.00 |
| Total | $95,399.60 |

**Remittance Address:**  PO Box 830674  MSC #703
Birmingham, AL 35283

TekLinks, Inc   201 Summit Parkway   Birmingham, AL 35209
205.314.6600
www.teklinks.com
***Please note that interest will be calculated at 1.5% per month for any past due invoices***

# Invoice

## TEKLINKS

Page 1/1
Invoice 57768
Date 12/16/2014

TekLinks, Inc.
Remittance Address:
PO Box 830674   MSC #703
Birmingham, AL 35283

**Bill To:**
PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN   37064

**Ship To:**
PreSys Data, LLC
103 Confederate Drive
Suite 2
Franklin TN   37064

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms |
|---|---|---|---|---|
| 10045 | PRESYSDATALL001 | MIBULTER | MANUF PREFERRED | Net 30 |

| Ordered | Shipped | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | 1 | COMMENT | PRESYS DATA - MALL PROJECT | $0.00 | $0.00 |
| 1 | 1 | COMMENT | SHIP SET ONE | $0.00 | $0.00 |
| 118 | 118 | WS-C2960X-24PS-L | Catalyst 2960-X 24 GigE PoE 370W, 4 x 1G | $1,423.86 | $168,015.48 |
| 118 | 118 | CON-SNT-WSC224SL | SMARTNET 8X5XNBD Catalyst 2960-X 24 G | $156.52 | $18,469.36 |
| 118 | 118 | CAB-ACS | AC Power Cord (Switzerland), C13, IEC 608 | $0.00 | $0.00 |
| 212 | 212 | GLC-SX-MMD= | 1000BASE-SX SFP transceiver module, MMF, | $222.83 | $47,239.96 |
| 22 | 22 | C1-C4500X-16SFP+ | Cisco ONE Catalyst 4500-X 16 Port 10G IP | $7,130.43 | $156,869.46 |
| 22 | 22 | CON-SNT-45X16SFP | SMARTNET 8X5XNBD C1 Cat 4500-X 16 Port 10 | $1,095.65 | $24,104.30 |
| 22 | 22 | C4KX-PWR-750AC-R | Catalyst 4500X 750W AC front to back cool | $891.30 | $19,608.60 |
| 22 | 22 | C1FAPCAT4500X | Cisco ONE Foundation Perpetual Cat4500X S | $80.22 | $1,764.84 |
| 22 | 22 | C4KX-NM-BLANK | Catalyst 4500X Network Module Blank | $0.00 | $0.00 |
| 22 | 22 | C4KX-PWR-BLANK | Catalyst 4500X power supply Blank | $0.00 | $0.00 |
| 22 | 22 | C1-PI-LFAS-4K6K-K9 | Cisco ONE PI Device License for LF & AS f | $0.00 | $0.00 |
| 22 | 22 | CAB-US515-C15-US | NEMA 5-15 to IEC-C15 8ft US | $0.00 | $0.00 |
| 22 | 22 | S45XUK9-34-1512SG | CAT4500-X  Universal Crypto Image | $0.00 | $0.00 |

AAAQ74685

| | |
|---|---|
| Subtotal | $436,072.00 |
| Misc | $0.00 |
| Tax | $40,453.86 |
| Freight | $1,266.37 |
| Trade Discount | $0.00 |
| Total | $477,792.23 |

**Remittance Address:**   PO Box 830674   MSC #703
Birmingham, AL 35283

---

TekLinks, Inc   201 Summit Parkway   Birmingham, AL 35209
205.314.6600
www.teklinks.com
***Please note that interest will be calculated at 1.5% per month for any past due invoices***

# EXHIBIT B

[Demand Letter]



M. BETH O'NEILL
DIRECT 205.254.1093
EMAIL boneill@maynardcooper.com

June 10, 2015

**VIA FEDERAL EXPRESS**

PreSys Data, LLC
Attn: Jim Adams
103 Confederate Drive, Suite 2
Franklin, Tennessee 37064

  Re: **Balance Due TekLinks, Inc. ("TekLinks")**

Dear Mr. Adams:

  This law firm has been retained by TekLinks to assist it in collecting the outstanding amounts owed by PreSys Data, LLC ("PreSys") to TekLinks with regard to the invoices listed on the enclosed schedule. As you will see from your review of the enclosed schedule, the total amount due from PreSys to TekLinks as of the date of this letter is $563,861.67, including amounts that have been due since January 1, 2015. Interest will continue to accrue on the outstanding balance until paid in full.

  We understand from the numerous e-mails and calls between TekLinks and PreSys that PreSys has not been paid by Simon and intends to withhold payment until Simon remits payment for the equipment incorporated into its mall projects. While we understand your issues with Simon, TekLinks' contract is with PreSys and expects to be paid regardless of whether or when Simon pays PreSys.

  This letter is a demand for immediate payment of $563,861.67, plus interest, owed to TekLinks. If such payment is not received in full by TekLinks by **Monday, June 22, 2015**, you are hereby notified that TekLinks will pursue all legal rights and remedies available, including, without limitation, the commencement of litigation against PreSys and pursing liens against the Simon construction projects as appropriate. We have copied Simon on this demand to alert the company of TekLinks' intended action.

  Neither this letter nor any statement by or on behalf of TekLinks shall constitute a waiver of any rights of TekLinks at law or in equity.

  Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

1901 Sixth Ave. North / 2400 Regions Harbert Plaza / Birmingham, AL 35203 / 205.254.1000 / maynardcooper.com
{03271048.2}

Case 3:15-cv-00908 Document 12 Filed 10/07/15 Page 9 of 12 PageID #: 49

Very truly yours,

*M. Beth O'Neill* (signature)

M. Beth O'Neill

MBO/srp

cc: Simon Property Group, Inc., General Counsel (via certified mail)
Rob Mills, TekLinks CFO
Melissa White, TekLinks

{03271048.2}

MAYNARD
COOPER GALE

# SCHEDULE

**(Spreadsheet of Invoices and Balance Due attached)**

(attached hereto)



{03271048.2}

PreSys Data, LLC
6/9/2015

| Inv. No. | Customer No. | Invoice Date | Payment Due Date | Days Past Due | Invoice Amount | Credits Issued | Payments | Balance Due | Interest (8.5%) | Total Due | Shipped Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57768 | AAAQ74685 | 12/16/2014 | 1/15/2015 | 145 | 345,698.88 | 11,969.98 | 43,579.55 | 290,149.35 | 21,035.83 | 311,185.18 | 103 Confederate Drive, Suite 2, Franklin, TN 37064 |
| 58695 | AAAQ78868 | 3/3/2015 | 4/2/2015 | 68 | 95,399.60 | - | - | 95,399.60 | 3,243.59 | 98,643.19 | 103 Confederate Drive, Suite 2, Franklin, TN 37064 |
| 59284 | AAAQ80593 | 4/20/2015 | 5/20/2015 | 20 | 63,758.53 | - | - | 63,758.53 | 637.59 | 64,396.12 | 101 Forest Crossing Blvd, Suite 107, Franklin, TN 37064 |
| TRY & BUY | AAAQ77227 | | | | 89,637.19 | - | - | 89,637.19 | - | 89,637.19 | 103 Confederate Drive, Suite 2, Franklin, TN 37064 |
| | | | | | $ 594,494.20 | $ 11,969.98 | $43,579.55 | $538,944.67 | $ 24,917.00 | $563,861.67 | |

$ 89,637.19  This transaction is a "Try & Buy" and thus the customer has the option to either 1) purchase the equipment or 2) return the equipment to Cisco within stated time frame (i.e. June 26, 2015). If the equipment is not returned by the aforementioned date, the customer forfeits right of return and thus payment is due.