

| | | | | | |
|---|---|---|---|---|---|
| **Physical Address:** | | **QUOTATION** | | | **Remittance Address:** |
| Michael Butler | | www.teklinks.com | | | TekLinks, Inc. |
| Knoxville TN 37931 | | | | | PO Box 830674 |
| Phone: 865.607.8383 | | | | | MSC #703 |
| Email: Mibutler@teklinks.com | | | | | Birmingham, AL 35283 |

Date: 10/01/14     Quote #: AAAQ74685     Sales Rep: MiBulter

**Quote To:**  
PreSys Data, LLC  
.Jim Adams  
103 Confederate Drive  
Suite 2  
Franklin     TN   37064  
Phone:   (615) 823-8898

**Ship To:**  
PreSys Data, LLC  
.Jim Adams  
103 Confederate Drive  
Suite 2  
Franklin     TN   37064

| Qty | Part # | Description | List Price | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | | PRESYS DATA - MALL PROJECT | | | |
| 235 | WS-C2960X-24PS-L | Catalyst 2960-X 24 GigE PoE 370W, 4 x 1G SFP, LAN Base | $3,195.00 | $1,423.86 | $334,607.10 |
| 235 | CON-SNT-WSC224SL | SMARTNET 8X5XNBD Catalyst 2960-X 24 G | $192.00 | $156.52 | $36,782.20 |
| 235 | CAB-ACS | AC Power Cord (Switzerland), C13, IEC 60884-1, 2.5m | $0.00 | $0.00 | $0.00 |
| | | SubTotal | | | $371,389.30 |
| 423 | GLC-SX-MMD= | 1000BASE-SX SFP transceiver module, MMF, 850nm, DOM | $500.00 | $222.83 | $94,257.09 |
| | | SubTotal | | | $94,257.09 |
| 22 | C1-C4500X-16SFP+ | Cisco ONE Catalyst 4500-X 16 Port 10G IP Base, Front-to-Back | $16,000.00 | $7,130.43 | $156,869.46 |
| 22 | CON-SNT-45X16SFP | SMARTNET 8X5XNBD C1 Cat 4500-X 16 Port 10G IP Base | $1,344.00 | $1,095.65 | $24,104.30 |
| 22 | C4KX-PWR-750AC-R | Catalyst 4500X 750W AC front to back cooling power supply | $2,000.00 | $891.30 | $19,608.60 |
| 22 | C1FAPCAT4500X | Cisco ONE Foundation Perpetual Cat4500X Std | $180.00 | $80.22 | $1,764.84 |
| 22 | C4KX-NM-BLANK | Catalyst 4500X Network Module Blank | $0.00 | $0.00 | $0.00 |
| 22 | C4KX-PWR-BLANK | Catalyst 4500X power supply Blank | $0.00 | $0.00 | $0.00 |
| 22 | C1-PI-LFAS-4K6K-K9 | Cisco ONE PI Device License for LF & AS for Cat 4k, 6k | $0.00 | $0.00 | $0.00 |
| 22 | CAB-US515-C15-US | NEMA 5-15 to IEC-C15 8ft US | $0.00 | $0.00 | $0.00 |
| 22 | S45XUK9-34-1512SG | CAT4500-X  Universal Crypto Image | $0.00 | $0.00 | $0.00 |
| | | SubTotal | | | $202,347.20 |
| 2 | WS-C3850-12S-S | Cisco Catalyst 3850 12 Port GE SFP IP Base | $10,000.00 | $4,456.52 | $8,913.04 |
| 2 | CON-SNT-WSC3851S | SMARTNET 8X5XNBD Cisco Catalyst 3850 12 Port GE SFP IP Ba | $600.00 | $489.13 | $978.26 |
| 2 | CAB-TA-NA | North America AC Type A Power Cable | $0.00 | $0.00 | $0.00 |

| Qty | Part # | Description | List Price | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 2 | S3850UK9-33SE | CAT3850 Universal k9 image | $0.00 | $0.00 | $0.00 |
| 2 | STACK-T1-50CM | 50CM Type 1 Stacking Cable | $0.00 | $0.00 | $0.00 |
| 2 | CAB-SPWR-30CM | Catalyst 3750X and 3850 Stack Power Cable 30 CM | $0.00 | $0.00 | $0.00 |
| 2 | PWR-C1-BLANK | Config 1 Power Supply Blank | $0.00 | $0.00 | $0.00 |
| 2 | PWR-C1-350WAC | 350W AC Config 1 Power Supply | $0.00 | $0.00 | $0.00 |
| 2 | C3850-NM-BLANK | Cisco Catalyst 3850 Network Module Blank | $0.00 | $0.00 | $0.00 |
| | | SubTotal | | | $9,891.30 |

**Total** **$677,884.89**

Prices subject to change - Pricing does not include applicable sales taxes and handling and delivery charges.  We specifically disclaim any and all warranties, express or implied, including but not limited to any implied warranties or with regard to any licensed products.

Customer Signature _____       Date _____