ORDER:
Motion granted.

/s/ E. Clifton Knowles
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TEKLINKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:15-cv-908 |
| PRESYS DATA, LLC, | ) |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND DEADLINE**

Now comes the Defendant, by and through its undersigned attorneys, and respectfully moves the Court to extend the Defendant's deadline to submit a response to Plaintiff's Supplemental Motion for Summary Judgment and Supplemental Statement of Material Facts filed with the Court on March 7, 2015 (Doc. No. 49 & 50) from March 28, 2016 to April 7, 2016.

Defendant's spouse was hospitalized due to a life-threatening medical emergency, and Defendant needs more time to review the large amount of discovery and prepare a response.

The Plaintiff consents to the relief requested herein, and the brief extension requested will not prejudice the Court or any party to this case.

WHEREFORE, the Defendant requests that this Court enter an order extending the Defendant's deadline to respond to the Plaintiff's Supplemental Motion for Summary Judgment and Supplemental Statement of Material Facts in this action to April 7, 2016.

Dated this 23rd day of March, 2016.

/s Jill M. Hudson
Jill M. Hudson (TN Bar 033362)
*One of the Attorneys for Defendant*
136 4th Avenue South