IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TEKLINKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-cv-908 |
| | ) | |
| PRESYS DATA, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF POST-JUDGMENT DISCOVERY**

COMES NOW Plaintiff Teklinks, Inc. ("Plaintiff"), by and through its undersigned counsel, and hereby gives notice of serving the following discovery on May 27, 2016 to the parties listed below:

1) Post-Judgment Requests for Production to PreSys Data, LLC;

2) Post-Judgment Interrogatories to PreSys Data, LLC

This 27th day of May, 2016.

                                                            Respectfully submitted by,

                                                            __/s/ J. Leland Murphree_____
                                                             J. Leland Murphree
                                                            Attorney for Plaintiff.

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

# CERTIFICATE OF SERVICE

       I hereby certify that I mailed the foregoing on this 27th day of May, 2016 to the following via U.S. Mail:

| | |
|---|---|
| Jill M. Hudson<br>136 4th Avenue S.<br>Franklin, Tennessee 37064 | Jeffrey A. Risden<br>Law Office of Jeff Risden<br>849 Aviation Parkway<br>Smyrna, TN 37167 |

MORGAN, AKINS & CLARK, PLLC
Jonathan B. Harris
2000 Richard Jones Road, Ste. 260
Nashville, TN 37215

                                                                                              */s/ J. Leland Murphree.*
                                                                                              Of Counsel